1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT JOHNSON,                           No.  2:16-cv-01560-MCE-AC

12               Plaintiff,

13       v.                                     **ORDER**

14    PHILIP D. SEAY, SR., et al.

15               Defendants.

16

17         Pursuant to the parties' stipulation (ECF No. 14), this action is DISMISSED with

18    prejudice.  Each party to bear his/its own attorneys' fees and costs, and the Clerk of the

19    Court is directed to close this case.

20         IT IS SO ORDERED.

21    Dated:  February 9, 2017

22

23                                             MORRISON C. ENGLAND, JR.
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                            1